CITYTRUST *v.* LISE-LOTTE E. KNUDSEN ET AL.
(10618)

DALY, LAVERY and FREEDMAN, Js.

Argued June 9—decision released July 7, 1992

*Lise-Lotte E. Knudsen,* pro se, the appellant (named defendant).

*Roberta Napolitano,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.